UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW FAISON,

    Petitioner,

v.                                         Case No. 5:21-cv-175-TKW/MJF

HARLEN HEATH,

    Respondent.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6) and Petitioner's objection (Doc. 7). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be transferred to the Southern District of Florida. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

3.	The Clerk shall terminate all pending motions and close the case file in this Court.

**DONE and ORDERED** this 12th day of October, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**